**Bertha CUMMINGS, Plaintiff—Appellant,**

v.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; Herbert Brown, Director, Norfolk, Virginia Office, Defendants—Appellees.**

No. 07–1522.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 5, 2007.

Bertha Cummings, Appellant Pro Se. Mark Anthony Exley, Office of the United States Attorney, Norfolk, Virginia, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bertha Cummings appeals the district court's order granting defendant's motion to dismiss her petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cummings v. EEOC,* No.

2:06–cv–00705–WDK, 2007 WL 1448714 (E.D. Va. filed May 9, 2007; entered May 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*